THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GERTRUDE STARK, Appellant.

*People* v. *Stark,* 172 App. Div. 967, appeal dismissed.

(Submitted October 10, 1917; decided October 16, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 28, 1916, which affirmed a judgment of

the Court of Special Sessions of the city of New York convicting the defendant of unlawfully practicing medicine.

*Henry C. Neuwirth* for appellant.

*Harry E. Lewis*, District Attorney (*Harry G. Anderson* of counsel), for respondent.

Appeal dismissed on argument.